**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-03205-RM-CBS

AMANDA and JEREMY COX,
individually and as parents of
J.C., a minor child,

    Plaintiffs

v.

ROWE AND HAMILTON, LLC and,
TIMOTHY ARTHUR ROWE,

    Defendants.

_____

**ORDER AMENDING CAPTION**
_____

THIS MATTER comes before the Court *sua sponte*. The parties have represented that J.C. is a minor child. Pursuant to Fed.R.Civ.P. 5.2(a) and this Court's privacy policy as stated in the ECF Civil Procedures, the caption in this matter is hereby amended to delete reference to J.C.'s full name. All filings with the Court shall contain the minor's initials and not the minor's full name.

DATED this 27th day of November, 2013.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge