IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-03205-RM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:             January 30, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                         *Counsel:*

AMANDA COX, *et al.*,                                  James S. Helfrich

     Plaintiffs,

v.

TIMOTHY ARTHUR ROWE, *et al.*,              Cecelia A. Fleischner
                                                                          Robert W. Steinmetz

     Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:      10:11 a.m.**
Court calls case. Appearances of counsel.

The court addresses counsel regarding the previous hearing and the recently filed Amended Complaint.

Discussion between the court and counsel regarding what pending Motions are still pending and which are now moot.

**ORDERED:**           Motion to Dismiss for Failure to State a Claim [Doc. No. 16, filed 12/20/2013] is **DENIED as moot** in light of Defendants' filing of their Amended Motion [Doc. No. 23].

Counsel notes Attachment 2 to their Amended Motion to Dismiss for Failure to State a Claim [Doc. No. 23] is an Amended Motion to Dismiss re: Personal Jurisdiction. The court directs counsel to properly file that revised Motion as a separate entry. At that time, the original Motion to Dismiss for Lack of Jurisdiction [Doc. No. 15] will be denied as moot.

The court addresses the parties regarding the status of discovery on the issue of personal jurisdiction. Counsel advise the court that no adjustment on the currently set deadline is needed.

Discussion between the court and counsel regarding briefing on the Motion to Dismiss for Failure to State a Claim [Doc. No. 23], whether discovery is needed on that Motion, and Plaintiffs' Motion

to Remand [Doc. No. 10].

**10:34 a.m.**     **Off the record.**

HEARING CONCLUDED.
**Court in recess:**     **10:39 a.m.**
Total time in court:     00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.