IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-3205-RM-CBS

AMANDA and JEREMY COX,
individually and as parents of
J.C., a minor child,

    Plaintiffs,

v.

ROWE AND HAMILTON, LLC and
TIMOTHY ARTHUR ROWE,

    Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice (ECF No. 35), and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. All claims between Plaintiffs and Defendants are dismissed with prejudice, with the Plaintiffs and Defendants each to pay their own costs and attorney's fees.

DATED this 21st day of March, 2014.

                                              BY THE COURT:

                                              _____
                                              RAYMOND P. MOORE
                                              United States District Judge